UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-60190-CIV-MORENO

DOREEN MCSHANE, STEPHANIE SORENSEN, TOMMILU WAHRMAN,

    Plaintiffs,

vs.

PRINCIPAL LIFE INSURANCE COMPANY,

    Defendant.
_____/



### FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the Mediation Report. It is

ADJUDGED that in light of the parties settling this action this case is **DISMISSED** in accordance with the settlement agreement. The Court shall retain jurisdiction to enforce the terms of the settlement agreement if it is filed in its entirety by **June 30, 2010**. It is also

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of May, 2010.

                        FEDERICO A. MORENO
                        CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record